Submitted June 13, 1966. *Arthur E. Martin*, appellant, in propria persona; *Thomas A. Pitt, Jr.*, Assistant District Attorney, and *A. Alfred Delduco*, District Attorney, for appellee.

Order affirmed.

JACOBS, HOFFMAN and SPAULDING, JJ., would remand for consideration of the constitutional issue of whether the prisoner was deprived of the assistance of counsel in taking his appeal.

## Commonwealth ex rel. Meekins, Appellant, *v.* Russell.

Submitted June 13, 1966. *John X. Meekins*, appellant, in propria persona; *Alfred Di Bona, Jr.*, and *Joseph M. Smith*, Assistant District Attorneys, and *Arlen Specter*, District Attorney, for appellee.

Order affirmed.

## Commonwealth ex rel. Moss, Appellant, *v.* Maroney.

Submitted June 13, 1966. *James F. Moss*, appellant, in propria persona; *James E. O'Brien*, First Assistant District Attorney, and *Joseph J. Cimino*, District Attorney, for appellee.

Order affirmed.

## Commonwealth ex rel. Moss, Appellant, *v.* Maroney.

Submitted June 13, 1966.

*James F. Moss,* appellant, in propria persona; *James E. O'Brien,* First Assistant District Attorney, and *Joseph J. Cimino,* District Attorney, for appellee.

Order affirmed.

## Commonwealth ex rel. Napolitano, Appellant, *v.* Myers.

Submitted June 13, 1966. *Louis Napolitano,* appellant, in propria persona; *Thomas J. Foley, Sr.,* Assistant District Attorney, and *Joseph J. Cimino,* District Attorney, for appellee.

Order affirmed.

## Commonwealth ex rel. Naugle, Appellant, *v.* Myers.

Submitted June 13, 1966. *Harry A. Naugle,* appellant, in propria persona; *Gerald R. Walmer,* District Attorney, for appellee.

Order affirmed.

HOFFMAN, J., would grant a new trial.

## Commonwealth ex rel. Rowe, Appellant, *v.* Russell.

Submitted June 13, 1966. *Gus Allen Rowe,* appellant, in propria persona; *Donald C. Marino* and *Joseph M. Smith,* Assistant District Attorneys, and *Arlen Specter,* District Attorney, for appellee.

Order affirmed.